AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 1:26-mj-00038-JCN | Date and time warrant executed: February 10, 2026 - 9:00am | Copy of warrant and inventory left with: Victor Keka MUBANG, Pharmacist In Charge |
|---|---|---|

Inventory made in the presence of :   Supervisory Diversion Investigator Jed Nitzberg and Diversion Investigator Mia Fluitt

Inventory of the property taken and name of any person(s) seized:

Copies of: controlled substance purchase records; controlled substance dispensing reports; controlled substance inventories; and controlled substance disposal records

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: February 13, 2026

*Executing officer's signature*

Jed Nitzberg, Supervisory Diversion Investigator

*Printed name and title*

Print    Save As...    Reset